# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 14CR1987-CAB |
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| VICTOR MANUEL TORRES, | |
| Defendant. | |

        IT APPEARING that the defendant is now entitled to be discharged for the reason that:

_X_   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____   the Court has dismissed the case for unnecessary delay; or

____   the Court has granted the motion of the Government for dismissal, without prejudice; or

____   the Court has granted the motion of the defendant for a judgment of acquittal; or

____   a jury has been waived, and the Court has found the defendant not guilty; or

____   the jury has returned its verdict, finding the defendant not guilty;

_X_   of the offense(s) as charged in the Indictment/Information:

21 USC, SECS. 952 AND 960 - IMPORTATION OF METHAMPHETAMINE AND

COCAINE (FELONY).

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: AUGUST 18, 2014

_____
Cathy Ann Bencivengo
U.S. District Judge